AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America<br>v.<br>Shannan Barnwell | )<br>)  Case No:  4:22CR00166-1<br>)<br>)  USM No:  31003-510<br>) |
| Date of Original Judgment:  September 15, 2023<br>Date of Previous Amended Judgment: September 20, 2023<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  James Wrixam McIlvaine<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ◼ the Director of the Bureau of Prisons  ◼ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ◼ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____170 months_____ **is reduced to** _____165 months*_____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*This term consists of 45 months as to each of Counts 1 and 2, to be served concurrently, plus 120 months as to Count 3, to be served consecutively to Counts 1 and 2.

Except as otherwise provided, all provisions of the judgment dated ___September 20, 2023___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  May 13, 2-24

_____
Judge's signature

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
*Printed name and title*

Effective Date: _____
*(if different from order date)*